UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-              :        26-CR-0030 (VEC)

MARCELINO AYALA,               :        ORDER

                         Defendant.

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the parties must appear for an initial conference before

the Undersigned on **Friday, February 6, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **February 3, 2026**
       **New York, NY**

_____
        **VALERIE CAPRONI**
       **United States District Judge**