UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,                  :

                                              :

              -against-             :              26-CR-0030 (VEC)

                                              :

MARCELINO AYALA,                    :                 ORDER

                                            :

                        Defendant.      :

                                            :

----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 24, 2026, the parties appeared for a conference at which Mr. Ayala pled guilty to the Indictment, and the Court accepted his plea.

IT IS HEREBY ORDERED that Mr. Ayala will be sentenced on **Wednesday, August 12, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions are due **July 29, 2026**.

**SO ORDERED.**

_____

Date:  **April 24, 2026**                               **VALERIE CAPRONI**
      **New York, NY**                         **United States District Judge**

1