# Federal Defenders

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

June 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2026

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *United States v. Marcelino Ayala*, 26 Cr. 30 (VEC)

Dear Judge Caproni:

I write, without objection from the Government, to respectfully request a 6-week adjournment of Mr. Ayala's sentencing, presently set for August 12, 2026. The adjournment I propose would enable the defense to conduct additional mitigation work in advance of Mr. Ayala's sentencing proceeding.

Thank you for your consideration of this request.

Respectfully,

/s/
Ariel C. Werner
Assistant Federal Defender
212-417-8700

cc:     AUSA Ariel Cohen

Application GRANTED.  Mr. Ayala's sentencing, currently scheduled for August 12, 2026, is ADJOURNED to **Tuesday, October 20, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions are due **October 6, 2026**.

SO ORDERED.

*Valerie Caproni* 6/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE